1 SCOTTLYNN J HUBBARD, IV, SBN 212970
2 **DISABLED ADVOCACY GROUP, APLC**
  12 WILLIAMSBURG LANE
3 CHICO, CA 95926
  (530) 895-3252
4
5 Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Rocca,<br>　　Plaintiff,<br>　　vs.<br>Best American Hospitality, Inc.<br>dba Church's Chicken; Re Admin,<br>LLC,<br>　　Defendants. | No. CV14-07794 DSF (MANx)<br><br>**PROOF OF SERVICE AS TO DEFENDANT RE ADMIN, LLC** |

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>SCOTTLYNN J. HUBBARD IV | SBN: 212970<br>DISABLED ADVOCACY GROUP, APLC<br>12 WILLIAMSBURG LANE   CHICO, CA 95926<br><br>TELEPHONE NO.: (530) 895-3252 | FAX NO. (530) 894-8244 | E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): : | FOR COURT USE ONLY |
|---|---|

| UNITED STATES DISTRICT COURT |
|---|
| STREET ADDRESS: 312 N. SPRING ST. #G-8 |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: LOS ANGELES, CA 90012 |
| BRANCH NAME: CENTRAL DISTRICT |

| PLAINTIFF: MICHAEL ROCCA | CASE NUMBER: |
|---|---|
| DEFENDANT: BEST AMERICAN HOSPITALITY, INC. dba CHURCH'S CHICKEN; RE ADMIN, LLC | LACV14-7794 DSF (MANx) |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents):* CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; INITIAL STANDING ORDER FOR CASES ASSIGNED TO JUDGE DALE S. FISCHER
3. a. Party served *(specify name of party as shown on documents served):*
   **RE ADMIN, LLC**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **SYLVIA YANG - AGENT**

4. Address where the party was served: **1441 Huntington Dr # 138**
   **South Pasadena, CA 91030-4512**

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*   (2) at *(time):*

   b. ☑ **by substituted service.** On *(date):* **11/17/2014** at *(time):* **1:27 PM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*
   **HENRY TANG - MANAGER**
   Age: 40    Weight: 170    Hair: BLACK    Sex: Male
   Height: 5'7    Race: ASAIN

   (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* **11/18/2014** from *(city):* **MIDWAY CITY, CA**    or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2
Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10
POS010-1/103667

| PETITIONER: MICHAEL ROCCA | CASE NUMBER: |
|---|---|
| RESPONDENT: BEST AMERICAN HOSPITALITY, INC. dba CHURCH'S CHICKEN; RE ADMIN, LLC | LACV14-7794 DSF (MANx) |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                              (2) from *(city)*:
   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify)*:
c. ☐ as occupant.
d. ☑ On behalf of *(specify)*: **RE ADMIN, LLC**
   under the following Code of Civil Procedure section:

   ☐ 416.10 (corporation)                    ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)            ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)                  ☐ 415.46 (occupant)
                                              ☑ other: **CALCORP 17061**

7. **Person who served papers**
   a. Name: **RYAN LANCASTER - JPL Process Service**
   b. Address: **PO Box 918  Midway City, CA 92655**
   c. Telephone number: **(866) 754-0520**
   d. **The fee** for service was: **$ 60.00**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
         (i) ☐ owner   ☐ employee   ☑ independent contractor.
         (ii) Registration No.: **7067**
         (iii) County: **LOS ANGELES**

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **11/18/2014**

**JPL Process Service
PO Box 918
Midway City, CA 92655
(866) 754-0520
http://www.jplps.com/**

▶ *(signature)*

**RYAN LANCASTER**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                    (SIGNATURE)