1 SCOTTLYNN J HUBBARD, IV, SBN 212970
2 **DISABLED ADVOCACY GROUP, APLC**
  12 WILLIAMSBURG LANE
3 CHICO, CA 95926
  (530) 895-3252
4
5 Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Rocca,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>Best American Hospitality, Inc. dba Church's Chicken; Re Admin, LLC,<br><br>　　　Defendants. | No. CV14-07794 DSF (MANx)<br><br>**PROOF OF SERVICE AS TO DEFENDANT BEST AMERICAN HOSPITALITY, INC. DBA CHURCH'S CHICKEN** |

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>SCOTTLYNN J. HUBBARD IV | SBN: 212970<br>DISABLED ADVOCACY GROUP, APLC<br>12 WILLIAMSBURG LANE CHICO, CA 95926<br>TELEPHONE NO.: (530) 895-3252 | FAX NO. (530) 894-8244 | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: : | FOR COURT USE ONLY |
|---|---|

| UNITED STATES DISTRICT COURT |
|---|
| STREET ADDRESS: 312 N. SPRING ST. #G-8 |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: LOS ANGELES, CA 90012 |
| BRANCH NAME: CENTRAL DISTRICT |

| PLAINTIFF: MICHAEL ROCCA | CASE NUMBER: |
|---|---|
| DEFENDANT: BEST AMERICAN HOSPITALITY, INC. dba CHURCH'S CHICKEN; RE ADMIN, LLC | LACV14-7794 DSF (MANx) |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents)*: CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; INITIAL STANDING ORDER FOR CASES ASSIGNED TO JUDGE DALE S. FISCHER
3. a. Party served *(specify name of party as shown on documents served)*:
   **BEST AMERICAN HOSPITALITY, INC. dba CHURCH'S CHICKEN**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **LORETTA SANCHEZ - SHIFT LEADER - HIGHEST PERSON IN CHARGE**
   Age: 38  Weight: 180  Hair: BROWN  Sex: Female
   Height: 5'3  Race: HISPANIC

4. Address where the party was served: **4720 Crenshaw Blvd**
   **Los Angeles, CA 90043-1232**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **11/17/2014**  (2) at *(time)*: **4:41 PM**

   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: , **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2
Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]
PROOF OF SERVICE OF SUMMONS
Code of Civil Procedure, § 417.10
POS010-1/103666

| PETITIONER: MICHAEL ROCCA | CASE NUMBER: |
|---|---|
| RESPONDENT: BEST AMERICAN HOSPITALITY, INC. dba CHURCH'S CHICKEN; RE ADMIN, LLC | LACV14-7794 DSF (MANx) |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*  (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☑ On behalf of *(specify):* **BEST AMERICAN HOSPITALITY, INC. dba CHURCH'S CHICKEN**
   under the following Code of Civil Procedure section:

   ☑ 416.10 (corporation)                   ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)           ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)                 ☐ 415.46 (occupant)
                                            ☐ other:

7. **Person who served papers**
   a. Name: **RYAN LANCASTER - JPL Process Service**
   b. Address: **PO Box 918 Midway City, CA 92655**
   c. Telephone number: **(866) 754-0520**
   d. **The fee** for service was: $ **60.00**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
         (i) ☐ owner   ☐ employee   ☑ independent contractor.
         (ii) Registration No.: **7067**
         (iii) County: **LOS ANGELES**

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **11/18/2014**

**JPL Process Service**
**PO Box 918**
**Midway City, CA 92655**
**(866) 754-0520**
**http://www.jplps.com/**

**RYAN LANCASTER**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    (SIGNATURE)